**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JUNIOR GRIFFIN,

                      Petitioner,                21 **CIVIL** 5822 (GHW)
                                                          16 **CR.** 0656-15 (GHW)

      -against-

                                                            **JUDGMENT**

UNITED STATES OF AMERICA,
                      Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 9, 2022, Mr. Griffin's Petition is founded on false statements. Therefore, it is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962). Mr. Griffin has not made a substantial showing of the denial of a constitutional right, so the Court denies a certificate of appealability under 28 U.S.C. § 2253. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 888 in United States v. Junior Griffin, 1:16-cr-656. The Clerk of Court is further directed to enter judgment for the Respondent and to close Mr. Griffin's civil action, Griffin v. United States, Case No. 1:21-cv-5822-GHW.

**DATED:** New York, New York

       November 14, 2022

                                                               **RUBY J. KRAJICK**
                                                                   Clerk of Court

                             **BY:**

                                                                   **Deputy Clerk**